RECEIVED

2025 APR -4  AM 11: 26

U.S. DISTRICT COURT
NEW HAVEN CONN CT

## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  3:11CR108 (    ) |
| vs. | |
| BRIAN P. MCMANUS | |

### POST-JUDGMENT STIPULATION

Whereas, on October 28, 2011, a criminal judgment was entered against the defendant, Brian P. Mcmanus, in which he was ordered to pay the sum of $2,031,076.39; and

Whereas, the United States and the defendant, Brian P. Mcmanus, now desire to stipulate to a schedule for the payment of the judgment;

Therefore, it is hereby agreed by the United States and Brian P. Mcmanus, and ORDERED by this Court that;

1. The defendant shall make monthly payments of $300.00 on the 15th day of each and every month commencing on May 1, 2025, until the amount of the judgment, plus interest, is paid in full. All payments shall be made payable to **"Clerk, U.S. District Court,"** reference "Docket No. 3:11CR108 (    )," and be mailed to the United States District Court, 141 Church Street, New Haven, CT 06510.   The U.S. District Court for the District of Connecticut will also accept payment for criminal debts on-line. Payments may be made through the U.S. Treasury Website, www.pay.gov, using a checking or savings account (ACH) or debit, or prepaid cards.

2. The current balance of Mr. McManus's criminal debt as of March 6, 2025 is $1,479,602.78.

3. The defendant agrees to complete a financial statement upon the government's request.

4. The amount of the monthly payment may be modified by mutual agreement of the parties or on motion of either party after consideration of the defendant's financial circumstances. The defendant agrees to immediately report any material changes in financial circumstances to the United States Attorney's Office, Financial Litigation, 157 Church Street, 25th Floor, New Haven, Connecticut, 06510, Telephone (203) 821-3700.

5. A material misrepresentation as to the defendant's current financial circumstances and present ability to pay; or a default of the payment schedule set forth in Paragraph 1 above; or a failure to report a material change in financial circumstances may constitute a default and shall entitle the United States to declare the entire balance due immediately and shall further entitle the United States to collect upon this judgment in any manner provided by law.

6. In the event of a material misrepresentation as to the defendant's current financial circumstances and present ability to pay; or a default of the payment schedule set forth in Paragraph 1 above; or a failure to report a material change in financial circumstances, the defendant expressly waives the right to receive a demand prior to collection action, as otherwise required by the *Federal Debt Collection Procedures Act ("FDCPA")*, 28 U.S.C. §3001, *et seq.*

7. The defendant further expressly agrees that should the United States seek a wage garnishment as part of its collection action, the defendant will not object and otherwise waives any rights they might hold to challenge a garnishment of 25% of net disposable income, as defined by the *FDCPA*, 28 U.S.C. §3002(5), (6) and (9).

8. In addition to regular monthly payments, in accordance with Paragraph 1, the United States will submit Brian P. Mcmanus's debt to the Treasury Department for inclusion in the Treasury Offset Program. Under this program, any federal payment normally received by the defendant may be offset and applied to the debt.

9. The United States further reserves the right to secure the amount of the criminal judgment at any time by filing a lien on any property owned by Brian P. Mcmanus.

Entry of the foregoing stipulation is consented to by:

For United States of America:

MARC H. SILVERMAN
UNITED STATES ATTORNEY

DATED:_____

CHRISTINE SCIARRINO
Digitally signed by CHRISTINE SCIARRINO
Date: 2025.04.07 12:52:09 -04'00'

CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
157 CHURCH STREET, 25TH FLOOR
NEW HAVEN, CT 06510
(203) 821-3700 / FAX: (203) 773-5373
FEDERAL NO. CT03393

EMAIL: CHRISTINE.SCIARRINO@USDOJ.GOV

For the Defendant:

DATED: 3/31/2025

BRIAN P. MCMANUS
86 JACKMAN AVENUE
FAIRFIELD, CT 06825

APPROVED and SO ORDERED this 11th day of April, 2025 at New Haven, Connecticut.

UNITED STATES DISTRICT JUDGE
Sarah F. Russell